IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM FLOWERS,

    Petitioner,                                          JUDGMENT IN A CIVIL CASE

v.                                                           Case No. 13-cv-701-wmc

LISA AVILA,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting the request by petitioner William Flowers to withdraw or voluntarily dismiss his petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case without prejudice pursuant to Fed. R. Civ. P. 41(a).

| /s/ | 1/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |